John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
pgallagher@ggfltd.com

*Attorneys for Plaintiff Neil C. Krutz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEIL C. KRUTZ, an individual, | Case No. 3:25-cv-00159-MMD-CLB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS |
| v. | |
| THE CITY OF SPARKS, a political subdivision of the State of Nevada; ED LAWSON, individually and as Mayor of the City of Sparks; DONALD ABBOTT, individually and as Councilmember for the City of Sparks; DIAN VANDERWELL, individually and as Councilmember for the City of Sparks; PAUL ANDERSON, individually and as Councilmember for the City of Sparks; CHARLENE BYBEE, individually and as Councilmember for the City of Sparks; KRISTOPHIR DAHIR, individually and as Councilmember for the City of Sparks; and DOES I-X, inclusive, | (First Request) |
| Defendants. | |

Plaintiff NEIL C. KRUTZ ("Neil"), and Defendants THE CITY OF SPARKS, a political subdivision of the State of Nevada, ED LAWSON, DONALD ABBOTT, DIAN VANDERWELL, PAUL ANDERSON, CHARLENE BYBEE, and KRISTOPHER DAHIR ("Defendants") (collectively "Parties"), hereby stipulate and agree as follows:

1.    On February 21, 2025, Neil filed his Complaint in the Second Judicial District Court of Washoe County, Nevada. (ECF No. 1-1.)

2.      On March 21, 2025, Defendants filed their Notice of Removal of Action from the Second Judicial District Court, Washoe County, Nevada, to the United States District Court for the District of Nevada. (ECF No. 1.)

3.      On March 28, 2025, Defendants filed their Motion to Dismiss the Complaint. (ECF No. 5.)

4.      Neil's Response to the Motion to Dismiss is currently due on April 11, 2024. Plaintiff's counsel seeks additional time to file the Response to April 25, 2025 because Plaintiff's counsel had a previously scheduled vacation for the week of March 31- April 6, 2025 and was out of the office for those dates and other scheduled filing deadlines which consist of an Opposition to a Motion, a report on the potential appointment of a special master/receiver and a hearing scheduled for the week of April 18, 2025, which requires significant preparation time. . Because Defendants' counsel will be out of the country on April 25, 2025, and Defendants' counsel has a Nevada Supreme Court oral argument scheduled to occur in Carson City on May 7, 2025, Defendants' counsel seeks to extend the deadline to file Defendants' Reply in Support of their Motion to Dismiss to May 12, 2025.

// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //

5.     Both extensions are sought in good faith and not for purposes of delay. By entering this stipulation, the parties agree that they do not waive or forfeit any claims, defense, or arguments that they may otherwise have.

DATED this 10th day of April, 2025.            DATED this 10th day of April, 2025.

GUILD, GALLAGHER & FULLER, LTD.        PISANELLI BICE PLLC

By:    */s/ John K. Gallagher*                  By:    */s/ Brianna Smith*
      John K. Gallagher, Esq.                      Jordan T. Smith., Esq.
      Nevada State Bar No. 956                     Nevada State Bar No. 12097
      Patrick H. Gallagher, Esq.                   Brianna Smith, Esq.
      Nevada State Bar No. 14875                   Nevada State Bar No. 11795
      100 W. Liberty St., Ste. 800                 400 South 7th Street, Suite 300
      Reno, NV 89501                               Las Vegas, NV 89101

      *Attorneys for Plaintiff*                    *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:    April 10, 2025
              _____

STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION TO
DISMISS / CASE NO. 3:25-cv-00159-MMD-CLB