1  John K. Gallagher, Esq.
   Nevada State Bar No. 956
2  Patrick H. Gallagher, Esq.
   Nevada State Bar No. 14875
3  GUILD, GALLAGHER & FULLER, LTD.
   100 W. Liberty St., Ste. 800
4  P.O. Box 2838
   Reno, NV 89505
5  Tele: (775) 786-2366
   Fax: (775) 322-9105
6  jgallagher@ggfltd.com
   pgallagher@ggfltd.com
7

8  *Attorneys for Plaintiff Neil C. Krutz*

9              **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF NEVADA**

11 | NEIL C. KRUTZ, an individual,                        ) | Case No. 3:25-cv-00159-MMD-CLB
12 |                          Plaintiff,                  ) | 
   |                                                      ) | ORDER APPROVING STIPULATION
13 |            v.                                        ) | TO CONTINUE THE EARLY
   | THE CITY OF SPARKS, a political subdivision          ) | NEUTRAL EVALUATION
14 | of the State of Nevada; ED LAWSON,                   ) | ("ENE") HEARING SET FOR MAY 30,
   | individually and as Mayor of the City of Sparks;     ) | 2025 AND EXTEND TIME TO
15 | DONALD ABBOTT, individually and as                   ) | CONDUCT ENE AFTER LR 16-6 (d) 90-
   | Councilmember for the City of Sparks; DIAN           ) | DAY REQUIREMENT
16 | VANDERWELL, individually and as                      ) | (First Request)
   | Councilmember for the City of Sparks; PAUL           ) |
17 | ANDERSON, individually and as                        ) |
   | Councilmember for the City of Sparks;                ) |
18 | CHARLENE BYBEE, individually and as                  ) |
   | Councilmember for the City of Sparks;                ) |
19 | KRISTOPHIR DAHIR, individually and as                ) |
20 | Councilmember for the City of Sparks; and            ) |
   | DOES I-X, inclusive,                                 ) |
21 |                          Defendants.                 ) |
22 |                                                      ) |

23        Plaintiff NEIL C. KRUTZ ("Neil"), and Defendants THE CITY OF SPARKS, a political

24 subdivision of the State of Nevada, ED LAWSON, DONALD ABBOTT, DIAN VANDERWELL,

25 PAUL  ANDERSON,  CHARLENE  BYBEE,  and  KRISTOPHER  DAHIR  ("Defendants")

26 (collectively "Parties"), hereby stipulate and agree as follows:

27        1.        Pursuant to LR 16-6(d) "[u]nless good cause is shown, the early neutral evaluation

28 session must be held by the court not later than 90 days after the first responding party appears in

                                         1

1   the case."

2        2.      On March 21, 2025, Defendants filed their Notice of Removal of Action from the

3   Second Judicial District Court, Washoe County, Nevada, to the United States District Court for the

4   District of Nevada. (ECF No. 1.)

5        3.      Pursuant to LR 16-6 the last day to hold the ENE would be on Thursday, June 19,

6   2025.

7        4.      Originally, the parties had agreed to conduct the ENE for May 30, 2025, but

8   Plaintiff's counsel unfortunately overlooked another matter already scheduled and requested the

9   ENE be rescheduled. (ECF No. 15).

10        5.      The parties have been in contact with the Court and due to numerous scheduling

11   conflicts between the parties and the Court' s docket, the ENE cannot be completed by the deadline

12   contemplated in LR 16-6 (d). Due to these continued efforts to find a suitable time to conduct the

13   ENE within the 90-day time period and the scheduling conflicts between the parties and the Court

14   good cause exists to extend the 90-day time period to conduct the ENE.

15        6.      The parties request the Court continue the ENE scheduled for May 30, 2025 for a

16   time that is convenient for the Court and parties involved in this matter and grant the extension of

17   time past the 90-day time period set forth in LR 16-6 (d) to conduct the ENE.

18   // // //

19   // // //

20   // // //

21   // // //

22   // // //

23   // // //

24   // // //

25   // // //

26   // // //

27   // // //

28   // // //

2

STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION ("ENE") HEARING SET FOR MAY 30, 2025 AND
EXTEND TIME TO CONDUCT ENE AFTER LR 16-6 (D) 90-DAY REQUIREMENT / CASE NO. 3:25-cv-00159-MMD-CLB

1    7.    The continuance and request to extend the time period to conduct the ENE are sought

2    in good faith and not for purposes of delay. By entering this stipulation, the parties agree they do

3    not waive or forfeit any claims, defense, or arguments that they may otherwise have.

4    DATED this 14th day of May, 2025.              DATED this 14th day of May, 2025.

5    GUILD, GALLAGHER & FULLER, LTD.         PISANELLI BICE PLLC

6

7    By:    */s/ Patrick H. Gallagher*            By:    */s/ Jordan T. Smith*
            John K. Gallagher, Esq.                      Jordan T. Smith., Esq.
8           Nevada State Bar No. 956                     Nevada State Bar No. 12097
            Patrick H. Gallagher, Esq.                   Brianna Smith, Esq.
9           Nevada State Bar No. 14875                   Nevada State Bar No. 11795
            100 W. Liberty St., Ste. 800                 400 South 7th Street, Suite 300
10          Reno, NV 89501                               Las Vegas, NV 89101

11          *Attorneys for Plaintiff*
                                                         *Attorneys for Defendants*
12

13

14                                          **IT IS SO ORDERED:**

15

16

17          _____
            UNITED STATES MAGISTRATE JUDGE

18          DATED: May 14, 2025

19

20

21

22

23

24

25

26

27

28