John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
pgallagher@ggfltd.com

*Attorneys for Plaintiff Neil C. Krutz*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEIL C. KRUTZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SPARKS, a political subdivision of the State of Nevada; ED LAWSON, individually and as Mayor of the City of Sparks; DONALD ABBOTT, individually and as Councilmember for the City of Sparks; DIAN VANDERWELL, individually and as Councilmember for the City of Sparks; PAUL ANDERSON, individually and as Councilmember for the City of Sparks; CHARLENE BYBEE, individually and as Councilmember for the City of Sparks; KRISTOPHIR DAHIR, individually and as Councilmember for the City of Sparks; and DOES I-X, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-00159-MMD-CLB<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE CASE MANAGEMENT REPORT<br><br>(First Request) |

　　　　Plaintiff NEIL C. KRUTZ ("Neil"), and Defendants THE CITY OF SPARKS, a political subdivision of the State of Nevada, ED LAWSON, DONALD ABBOTT, DIAN VANDERWELL, PAUL ANDERSON, CHARLENE BYBEE, and KRISTOPHER DAHIR ("Defendants") (collectively "Parties"), hereby stipulate and agree as follows:

　　　　1.　　On March 31, 2025 this Court entered its Order to File Case Management Report ("Order") which directed the parties to file a Joint Case Management Report by Thursday, May 15,

2025. (ECF No. 7).

2. The Parties have attempted to meet and confer on the items required in the Order but due to the Parties schedules and other commitments the Parties have been unable to meet and confer regarding the Order.

3. The Parties request an additional thirty (30) days to conduct the meet and confer and file a Joint Case Management Report pursuant to the Order, which would make the Case Management Report due on Monday, June 16, 2025.

4. The stipulation and request to extend the deadline to file the Case Management Report are sought in good faith and not for purposes of delay. By entering this stipulation, the parties agree they do not waive or forfeit any claims, defense, or arguments that they may otherwise have.

DATED this 15th day of May, 2025.               DATED this 15th day of May, 2025.

GUILD, GALLAGHER & FULLER, LTD.                 PISANELLI BICE PLLC

By: */s/ Patrick H. Gallagher*                  By: */s/ Jordan T. Smith*
    John K. Gallagher, Esq.                         Jordan T. Smith., Esq.
    Nevada State Bar No. 956                        Nevada State Bar No. 12097
    Patrick H. Gallagher, Esq.                      Brianna Smith, Esq.
    Nevada State Bar No. 14875                      Nevada State Bar No. 11795
    100 W. Liberty St., Ste. 800                    400 South 7th Street, Suite 300
    Reno, NV 89501                                  Las Vegas, NV 89101

*Attorneys for Plaintiff*                          *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** May 15, 2025