

John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
pgallagher@ggfltd.com

*Attorneys for Plaintiff Neil C. Krutz*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEIL C. KRUTZ, an individual, | Case No. 3:25-cv-00159-MMD-CLB |
| Plaintiff, | |
| v. | |
| THE CITY OF SPARKS, a political subdivision of the State of Nevada; ED LAWSON, individually and as Mayor of the City of Sparks; DONALD ABBOTT, individually and as Councilmember for the City of Sparks; DIAN VANDERWELL, individually and as Councilmember for the City of Sparks; PAUL ANDERSON, individually and as Councilmember for the City of Sparks; CHARLENE BYBEE, individually and as Councilmember for the City of Sparks; KRISTOPHIR DAHIR, individually and as Councilmember for the City of Sparks; and DOES I-X, inclusive, | JOINT EARLY NEUTRAL EVALUATION STATUS REPORT |
| Defendants. | |

Pursuant to the May 20, 2025 Minute Order (ECF No. 25), Plaintiff NEIL C. KRUTZ ("Neil"), and Defendants THE CITY OF SPARKS, a political subdivision of the State of Nevada, ED LAWSON, DONALD ABBOTT, DIAN VANDERWELL, PAUL ANDERSON, CHARLENE BYBEE, and KRISTOPHER DAHIR ("Defendants") (collectively "Parties"), hereby submit a joint Early Neutral Evaluation Status Report certifying that the parties have made initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and that Plaintiff has provided a computation of damages to

Defendants pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii):

1.    On July 7, 2025, Defendants provided their Initial Disclosures to Plaintiff pursuant to Fed.R.Civ.P 26(a)(1).

2.    On July 10, 2025, Plaintiff provided their Initial Disclosures and Computation of Damages to Defendants pursuant to Fed.R.Civ.P 26(a)(1) and Fed.R.Civ.P 26(a)(1)(A)(iii).

3.    Therefore, pursuant to the Minute Order dated May 20, 2025, (ECF No. 25) the parties request the telephonic status conference scheduled for Friday, July 18, 2025, at 11:00 a.m. be vacated.

DATED this 11th day of July 2025.          DATED this 11th day of July 2025.

GUILD, GALLAGHER & FULLER, LTD.          PISANELLI BICE PLLC

By:    /s/ John K. Gallagher                       By:    /s/ Brianna G. Smith
       John K. Gallagher, Esq.                            Jordan T. Smith., Esq.
       Nevada State Bar No. 956                           Nevada State Bar No. 12097
       Patrick H. Gallagher, Esq.                         Brianna Smith, Esq.
       Nevada State Bar No. 14875                         Nevada State Bar No. 11795
       100 W. Liberty St., Ste. 800                       400 South 7th Street, Suite 300
       Reno, NV 89501                                     Las Vegas, NV 89101

       *Attorneys for Plaintiff*                          *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 11, 2025

2