JORDAN T. SMITH, ESQ., Nevada Bar No. 12097
jtsmith@bhfs.com
BRIANNA SMITH, ESQ., Nevada Bar No. 11795
bsmith@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEIL C. KRUTZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SPARKS, a political subdivision of the State of Nevada; ED LAWSON, individually and as Mayor of the City of Sparks; DONALD ABBOTT, individually and as Councilmember for the City of Sparks; DIAN VANDERWELL, individually and as Councilmember for the City of Sparks, PAUL ANDERSON, individually and as Councilmember for the City of Sparks; CHARLENE BYBEE, individually and as Councilmember for the City of Sparks; KRISTOPHER DAHIR, individually and as Councilmember for the City of Sparks; and DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 3:25-cv-00159-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff NEIL C. KRUTZ ("Plaintiff") and Defendants THE CITY OF SPARKS, ED LAWSON, DONALD ABBOTT, DIAN VANDERWELL, PAUL ANDERSON, CHARLENE BYBEE, and KRISTOPHER DAHIR ("Defendants") (collectively "Parties"), hereby stipulate as follows:

1. On January 22, 2026, the Court granted and denied in part Defendants' Motion to Dismiss. In the Order, the Court allowed Plaintiff leave to amend his Complaint within 15 days. (ECF No 49.)

2. On February 6, 2026, Plaintiff filed his First Amended Complaint. (ECF No. 50.)

3.    Defendants' response to the First Amended Complaint is currently due February 20, 2026.

4.    Defendants' counsel has a previously scheduled trip out of the country and requests an additional ten business days to file their response to the amended complaint. As a result, the parties agreed to extend the deadline for Defendants' response to and including March 6, 2026.

5.    If Defendants file a motion to dismiss as their response, the parties agree that Plaintiff's response in opposition will be due March 27, 2026, and Defendants' reply brief will be due on April 3, 2026.

6.    This stipulation is made in good faith and not for purposes of delay. By entering this stipulation, the parties agree that they do not waive or forfeit any claims, defenses, or arguments that they may otherwise have.

Dated this 10th day of February, 2026.

By: */s/ Patrick H. Gallagher*
    John K. Gallagher, Esq. (#956)
    Patrick H. Gallagher, Esq. (#14875)
    100 W. Liberty St., Ste. 800
    Reno, Nevada 89501

Dated this 10th day of February, 2026.

By: */s/ Brianna Smith*
    Jordan T. Smith, Esq. (#12097)
    Brianna Smith, Esq. (#11795)
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada 89106

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:    February 10, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101