# EXHIBIT A

Meeting Minutes for May 8, 2023

50630651



| Home | Meetings | Contact |

| Agenda | Minutes | Agenda Packet 📄 |

Switch to Accessible View



**Sparks City Council**
**Meeting Minutes**
**Monday, May 8, 2023 2:00 PM**
**Legislative Bldg. 745 4ᵗʰ Street, Sparks**

**MAYOR**
Ed Lawson

**CITY COUNCIL**
Donald Abbott, Ward 1

Dian VanderWell, Ward 2

Paul Anderson, Ward 3

Charlene Bybee, Ward 4

Kristopher Dahir, Ward 5

**CITY MANAGER**
Neil Krutz

**CITY ATTORNEY**
Wes Duncan

**Public Meeting Notice – This meeting is open to the public in accordance with NRS 241.020**

**This agenda has been posted at the following locations, three (3) business days prior to the meeting:**

Sparks City Hall, 431 Prater Way               www.cityofsparks.us
https://notice.nv.gov/

**Supporting Documentation** — Supporting documents for this agenda items are available on the city's website at www.cityofsparks.us and will be available for review at the Council meeting. For further information you may contact the City Clerk at (775) 353-2350.

**Order of Agenda** — Items on the agenda may be taken out of order; the City Council may combine two or more agenda items for consideration; may remove an item from the agenda or may delay discussion relating to an item on the agenda at any time per NRS 241.020 (3)(d) (6) and (7).

**Public Comment** — Persons desiring to address the City Council shall first provide the City Clerk with a written request to speak so they may be recognized by the presiding officer. Each person addressing the City Council    shall approach the podium when called, give his/her name, and shall limit the time of their presentation to **three (3) minutes** per NRS 241.020(3)(d)(3). Public comment may address any agenda item or other public issue that  the City Council has the authority to effectuate or exercise control over. Public comment on matters beyond the Council's scope of authority, not relevant to Council business, and that does not serve a governmental purpose, is not permitted. You may also submit public comment by emailing cityclerk@cityofsparks.us no later than 12:30 pm the day of the meeting. In the subject line of the email type "Public Comment City Council". Emails received for public comment will be entered into record but not read aloud during the meeting.

**Restrictions on Public Comments** — All public comment remarks shall be addressed to the Council as a whole and not to any member thereof. No person, other than members of the City Council and the person having the floor, shall be permitted to enter into any discussion. No questions shall be asked of the City Council except through the presiding officer.

**Disruptive Conduct** — Any person who disrupts a meeting to the extent that its orderly conduct is made impractical may be removed from the meeting by order of the presiding officer.

**Accommodations** — The meeting site is accessible to individuals with disabilities. Reasonable efforts to assist  and accommodate persons with physical disabilities desiring to attend shall be made per NRS 241.020(1). Please call the City Clerk's office (775) 353-2350 at least three (3) business days before the meeting to make arrangements.

If you have questions, you may find additional information at www.cityofsparks.us or call the City Clerk's office at (775) 353-2350.

**Sparks City Council**
**Meeting Minutes**
**Monday, May 8, 2023 2:00 PM**

1. **Call to Order**

    The regular meeting of the Sparks City Council was called to order by Mayor Ed Lawson at 2:00 p.m.

2. **Roll Call**

    Mayor Ed Lawson, Council Members Donald Abbott, Dian VanderWell, Paul Anderson, Charlene Bybee, Kristopher Dahir, City Manager Neil Krutz, City Attorney Wes Duncan, City Clerk Lisa Hunderman, PRESENT.

3. **Opening Ceremonies**

    3.1. **Invocation Speaker: Candice Fife, Bahá'í Faith Teacher**

    The invocation was provided by Candice Fife, Bahá'í Faith Teacher.

    3.2. **Pledge of Allegiance**

    The Pledge of Allegiance was led by Council Member Bybee.

4. **Public Comment**

    4.1. **Public Comment. NRS 241.020(3)(d)(3) provides that the City Council must allow multiple periods devoted to public comments by the general public. No matters raised during public comment may be the subject of deliberation or action. Written comments from the public prior to the agenda and supporting materials for the meeting follow.**

    City Clerk Lisa Hunderman reminded all public comment must be directed to Council as a whole and not any individual council member or staff.

    Immediate Past President of the Northern Nevada Central Labor Council Mike Pilcher provided comment in support of agenda items 9.1 and 9.2. He reminded Council of his prior suggestion the City may have internal issues causing workforce development challenges and commented on a recent external employee survey conducted by the current NNCLC president supporting this suggestion. He implored Council to make the best decision for the future of the City that will support retention and retainment of the best and brightest employees and not just maintain status quo.

003

William T. Steward provided comment regarding the ethical commitments outlined in the manager's contract and the obligation to uphold those.

Sparks Resident Tom Green provided comment in favor of removal of the City Manager. He reminded of recent high-exposure staff incidences, the handling of events with former Fire Chief Mark Lawson, budget shortfalls, delays in public safety projects like Fire Station #6, and employee dissatisfaction expressed both vocally in public meetings and written in City employee surveys.

Gayla Ouelette provided comment regarding an incident with a Sparks Fire Department employee and alleged assault against her mother, Maureen Hvegholm. She discussed her family's attempts to get answers from leadership and Council regarding the incident, and she expressed her dismay in Council and City leadership for their lack of action in given opportunities to make things right. She warned of increased incident exposure and potential City liability.

Mark Markel spoke against the dangers of driving under the influence.

Written public comment opposing agenda item 11.2 was received from Anita Hicks, Beth Ross, Norman Ross, Chad Hicks, Christine Carlos, David Bjorkman, Hillary Libke, Jay Jorgenson, Manford and Tina Glock, Mildred Blanco, and Miriam Rodriguez. Concerns include opposition to higher-density development; community and pedestrian safety; lack of public safety resources to support and sustain growth; increased traffic flow and risks; increased noise pollution; lack of utilities and infrastructure; lack of proper noticing by City staff, and lack of openness to vocal opposition; original land use intent versus future land use consideration; altered landscape views and agricultural uses; lack of privacy for current homeowners; and decreased property values. Residents urged Council to consider not developing at all, or reverting back to low-density, single-family residences as was originally presented. (Note: comments received after the agenda was published are included in public comment; written comment received prior to the agenda being published is included in the staff report for agenda item 11.2.)

Additional written public comment was received from Scott Carey regarding the City Manager. He commented on his personal negative interactions with Mr. Krutz and expressed his concerns about loss of both City personnel and City finances as a result of the City Manager's continued leadership tenure.

Elise Weatherly provided written public comment about the difference one person can make in the world.

**5.**   **Agenda**

**5.1.**   **Approval of the Agenda (For Possible Action)**

Consideration of taking items out of sequence, deleting items and adding items which require action upon a finding that an emergency exists.

**Motion:**      I move to approve the agenda as submitted.
**Moved by:** Council Member Abbott
**Seconded By:** Council Member Dahir
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**6.**   **Minutes**

**6.1.**   **Consideration and possible approval of the minutes of the Sparks City Council Meeting for April 24, 2023. (For Possible Action)**

This item provides Council the opportunity to approve draft minutes of the Sparks City Council meeting for April 24, 2023.

**Motion:**      I move to approve the minutes of the Sparks City Council meeting for April 24, 2023.
**Moved by:** Council Member Anderson
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**7.**   **Announcements, Presentations, Recognition Items and Items of Special Interest**

**7.1.**   **Proclamation: Building Safety Month**

Council proclaimed May 2023 as "Building Safety Month" to recognize the critical role of local code officials who are committed to improving building safety, resilience, and economic investment both at home and in the community. The proclamation was read by Council Member Dahir and presented to Building Official Mark Meranda. Mr. Meranda thanked staff and the City Manager's office for their continued support.

**7.2.**   **Proclamation: National Public Works Week**

Council proclaimed May 21 - May 27, 2023, as "National Public Works Week" in recognition of Public Works professionals for the contributions they make to protecting public health,

safety, and quality of life. The proclamation was read by Council Member Anderson and presented to City Engineer Jon Ericson. Mr. Ericson thanked Public Works for all they do for the community.

**7.3.** **Boards and Commissions Vacancy Announcement: Civil Service Commission**

City Manager Neil Krutz announced the Civil Service Commission has two vacancies, each for a three-year term ending June 30, 2026. Applicants must be Sparks residents and cannot be a City employee or related to one within the third degree of consanguinity. Applications for these vacancies will be accepted until Friday, May 26, 2023, at 5:00 p.m.

**7.4.** **Boards and Commissions Vacancy Announcement: Sparks Parks and Recreation Commission**

City Manager Neil Krutz announced there are three vacancies on the Sparks Parks and Recreation Commission. Each vacancy is for a 3-year term. Members must be a resident of Sparks or have a valid Sparks business license. Applications will be accepted until Friday, May 26, 2023, at 5:00 p.m.

**8.** **Consent Items**

**Motion:**     I move to approve consent items 8.1 through 8.9 as submitted.

**Moved by:** Council Member Bybee
**Seconded By:** Council Member Abbott
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**8.1.** **Consideration and possible acceptance of the report of the claims and bills approved for payment and appropriation transfers for the period of April 12, 2023, through April 25, 2023. (For Possible Action)**

An agenda item from Chief Financial Officer Jeff Cronk requesting Council consideration and possible acceptance of the report of the claims and bills approved for payment and appropriation transfers for the period of April 12, 2023, through April 25, 2023.

**8.2.** **Consideration, discussion, and possible approval of a Final Map for Stonebrook Village AA - Phase 2 Subdivision. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and City Engineer Jon Ericson requesting Council approval of a Final Map for Stonebrook Village AA - Phase 2 Subdivision. The final map will create 70 residential lots within the Stonebrook planned

development. The final map and civil improvement drawings have been reviewed by the Community Services Department and found to be acceptable.

**8.3.** **Consideration, discussion, and possible approval of a Final Map for Stonebrook Village BB - Phase 2 Subdivision. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and City Engineer Jon Ericson requesting Council approval of a Final Map for Stonebrook Village BB - Phase 2 Subdivision. The final map will create 54 residential lots within the Stonebrook planned development. The final map and civil improvement drawings have been reviewed by the Community Services Department and found to be acceptable.

**8.4.** **Consideration, discussion, and possible approval of a professional services contract (AC-5938) in the amount of $185,855 with DOWL for engineering design of the FY24 Cured-in-Place-Pipe (CIPP) Sewer Rehabilitation Project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and Senior Civil Engineer Ashley Elson requesting Council approval of a professional services contract (AC-5938) in the amount of $185,855 with DOWL Engineering for engineering design of the FY24 Cured-in-Place-Pipe (CIPP) Sewer Rehabilitation Project. This project is intended to rehabilitate sanitary sewer mainline pipe that has been identified as experiencing degradation and structural defects.

**8.5.** **Consideration, discussion, and possible approval of a professional services contract (AC-5941) in the amount of $149,970 with Lumos & Associates, Inc. for engineering design for the FY23 Sanitary Sewer and Storm Drain Spot Repair Project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and Senior Civil Engineer Ashley Elson requesting Council approval of a professional services contract (AC-5941) in the amount of $149,970 with Lumos & Associates, Inc. for engineering design for the FY23 Sanitary Sewer and Storm Drain Spot Repair Project. The purpose of this project is to address points of failure in our sanitary sewer and storm drain infrastructure by performing spot repairs where the overall pipe is in good condition but may have point locations of failure.

**8.6.** **Consideration, discussion, and possible approval of a professional services contract (AC-5937) with Lumos & Associates, Inc. in the amount of $73,890 for the 2023 Alley Rehabilitation Program – Alley G Project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and Transportation Manager Amber Sosa requesting Council approval of a professional services contract (AC-5937) with Lumos & Associates, Inc. in the amount of $73,890 for the 2023 Alley Rehabilitation Program – Alley G Project. The project involves removing and replacing a deteriorating asphalt alleyway with a portland cement concrete alleyway surface, and sewer line replacement.

**8.7.**  **Consideration, discussion, and possible approval of a professional services contract (Ac-5940) in the amount of $67,270 with Keller & Associates for engineering design of the G Street Sanitary Sewer Capacity Improvements Project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and Senior Civil Engineer Ashley Elson requesting Council approval of a professional services contract (AC-5940) in the amount of $67,270 with Keller & Associates for engineering design of the G Street Sanitary Sewer Capacity Improvements Project. The purpose of this project is to address undersized sanitary sewer infrastructure by installing larger diameter pipes in the vicinity of G Street to the west of Pyramid Highway.

**8.8.**  **Consideration, discussion, and possible approval of a Reimbursement Agreement (AC-5942) with NV Energy for reimbursement to the City of Sparks of actual costs, estimated in the amount of $150,019, for electrical infrastructure relocation in support of the Glen Meadow Storm Drain project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and Senior Civil Engineer Ashley Elson requesting Council approval of a reimbursement agreement (AC-5942) with NV Energy for reimbursement to the City of Sparks of actual costs, estimated in the amount of $150,019, for electrical infrastructure relocation in support of the Glen Meadow Storm Drain project. This project was approved by City Council on February 27, 2023. The NV Energy electrical service must be relocated prior to construction of the storm drain line. NV Energy will reimburse the City for actual construction costs related to the electrical infrastructure relocation, estimated to be $150,019.

**8.9.**  **Consideration, discussion, and possible approval of an Interlocal Cooperative Agreement (AC-5934) with the Truckee Meadows Water Authority for the reimbursement to the City of Sparks of actual costs, estimated to be $86,700, for water main relocation in support of the Glen Meadow Storm Drain project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and Senior Civil Engineer Ashley Elson requesting Council approval of an interlocal cooperative agreement

(AC-5934) with the Truckee Meadows Water Authority (TMWA) for the reimbursement to the City of Sparks of actual costs, estimated to be $86,700, for water main relocation in support of the Glen Meadow Storm Drain project. This project was approved by the City Council on February 27, 2023. The TMWA water main must be relocated prior to construction of the storm drain line. TMWA will reimburse the City for actual construction costs related to the water main relocation.

**9.    General Business**

**9.1.    Consideration, discussion, and possible action regarding the annual performance review of City Manager Neil Krutz. (For Possible Action)**

An agenda item from and presented by Human Resources Director Jill Valdez requesting Council consideration, discussion, and possible action regarding the annual performance review of City Manager Neil Krutz. Mrs. Valdez gave an overview of the annual evaluation process, noticing requirements, and the City Manager's right to have representation present. Mrs. Valdez continued by noting the performance is rated in seven categories: Management of the Organization, Execution of Policy, Financial Management, Relations with Council, Community Relations, Leadership, and Professionalism.

Mrs. Valdez went on to present the rating scale and Mr. Krutz's average results from Council in each rated category. The rating scale ranges from 0 - 6, with 0 being Unsatisfactory and 6 being Outstanding. Mr. Krutz's average ratings were:

Management of the Organization - 2.2
Execution of Policy - 2.8
Financial Management - 3.5
Relations with Council - 2.3
Community Relations - 2.3
Leadership - 2.0
Professionalism - 2.5
Overall Average - 2.5

Mrs. Valdez continued her presentation with an overview of expectations expressed by Council. Expectations included improved engagement and communication across the board, improved morale among staff at all levels, a more inclusive and collaborative environment that encourages honest feedback, and improved working relationships and communications with Council, and the Human Resources and Legal Departments.

Mrs. Valdez concluded her presentation by reminding Council they have opportunities throughout the year to engage with the City Manager and address any performance issues, complaints, and suggestions as they arise. She also noted there is no consideration for a merit

increase at this time as Mr. Krutz is at the maximum, there are no other contract term changes requested or agendized, and this agenda item serves only to accept or reject the annual performance evaluation as presented.

Council asked about the difference between Mr. Krutz's contract and a Civil Service contract. Mrs. Valdez confirmed three types of employees in the City - Elected, Civil Servants, and Appointed individuals. Those under the Civil Service category are hired under a probationary period where they establish their expertise and performance. Once they become Civil Servants there are due process expectations as to how they may be addressed should performance issues arise. Appointed positions differ in the aspect that in some cases there is a resolution that may cover a group of employees such as those in the Management Professional-Technical group, however there are also individual employment contracts such as department heads and above, who negotiate their own contracts with the City and they must be approved by Council.

Council asked what prior year averages were for Mr. Krutz's prior annual evaluations; Mrs. Valdez confirmed 4.3 for the previous year, and prior years were at a minimum above 3.0. Council Member Dahir commented in his years on Council, ratings have been fairly consistent with this exception. His hope is for the City to move toward functioning well as whole unit with consistent outcomes. He noted how crucial the expectations outlined in Mr. Krutz's evaluation are, and he noted the importance of the City Manager's ability to serve all and not just those in his immediate proximity. He finalized his comments by reiterating the importance of seeing the necessary changes in leadership styles, and for those in charge to be accepting, willing, and able to change in ways that will promote cohesiveness and lend itself to conflict resolution.

Council Member VanderWell asked over the course of his career, how many hours each year Mr. Krutz dedicates to continuing education, and how many of those have been dedicated to human resources and employee relations-related courses. Mr. Krutz confirmed an estimated 40 hours per year have been dedicated to continuing education, with human resources and employee relations courses being included.

City Manager Krutz noted he did not bring legal representation, and while this is the hardest job he's ever had it's one that he loves and hopes to continue to do. He thanked City staff, even those who are critical, as all serve the common goal of making Sparks a great place to work, play, and live. He commented the year has been difficult, but he looks forward to moving beyond these troubled times and toward improved and focused public service.

Council Member Bybee noted this is her ninth annual review of a city manager, and while recent years were more consistent for Mr. Krutz, this year's scores are the lowest she's seen. She expressed grave concerns about moving forward. She commented leadership should lead in a positive direction, especially as the City continues to grow. She finalized her comments

by noting her lack of trust in the City Manager's ability to do that, as reflected by the average scores offered by her peers in his annual review.

Council Member VanderWell commented she no longer trusts nor has confidence that the City Manager has the best interests of the City, its employees, or its citizens at the forefront. She commented while it has been a difficult year, the mishandling of particular situations led to this outcome.

Council Member Anderson commented while it was one of the lower reviews he's given Mr. Krutz, he believes the City Manager has done a good job overall. He encouraged Council to consider the human aspects of the situation and reflect on times in their own professional careers when mistakes may have been made and outcomes might have been different. Mr. Anderson expressed support for Mr. Krutz and implored the City Manager to be transparent in letting people know he cares, they are heard, and their words are considered. He also encouraged open and clear dialogue from Council with the City Manager throughout the year about their expectations, complaints, and needs moving forward. Mr. Anderson commented he was informed Congressional Delegate Senator Cortez-Masto, Senator Jackie Rosen, and Congressman Amodei voiced their appreciation for Mr. Krutz and his work on the Lands Bill.

Mr. Krutz expressed his gratitude for the feedback presented today, particularly the critical feedback that allows the most opportunity for growth. He looks forward to open conversations on how to best move forward.

Council Member Dahir noted Council looks at all feedback they receive; he challenged everyone, particularly staff, to be brutally honest and forthright when presented any opportunity for feedback such as a survey, poll, and even open dialogue for the sake of clarity, transparency, and growth.

Council Member Abbott agreed mistakes are human, however in this instance there have been many mistakes made over several years. He noted there is an opportunity presented to do the right thing not only for the City as a whole, but for the 800 employees that represent it.

Council Member VanderWell commented she understands mistakes can be made, however she feels they shouldn't be at this level from someone with an estimated 25 years of leadership experience.

**Motion:**   I move to accept the results of the annual performance evaluation for City Manager Neil Krutz for the period of May 2022 to May 2023.
**Moved by:** Council Member Bybee
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**

**Vote:** Motion passed unanimously 5-0.

**9.2.** **Consideration, discussion, and possible termination of the employment agreement (AC-5553) between the City of Sparks and City Manager Neil Krutz. (For Possible Action)**

An agenda item from Council Member Dian VanderWell and presented by Human Resources Director Jill Valdez requesting Council consideration, discussion, and possible termination of the employment agreement (AC-5553) between the City of Sparks and City Manager Neil Krutz.

Director Valdez began her presentation by explaining termination requires the evaluation of character, alleged misconduct, competence, and physical or mental health. She added that City Manager Krutz has the right to bring a representative and present evidence, testimony, and witnesses on his own behalf. Mrs. Valdez again reminded the City Manager has an individual contract set to expire June 30, 2025.

Mrs. Valdez presented Council's options to decline termination, terminate without cause, or terminate with cause. Termination without cause requires 90 days written notice. Upon conclusion of that 90-day period the City Manager would be given one year of severance pay that includes all pay, benefits and contractual pay-outs. Termination with cause requires a motion including cause and would require Council to create a record of cause based on definitions as outlined in the employment contract. No termination can be achieved with affirmative action or no vote to terminate. Termination requires a majority of four out of five Council Members' votes without the Mayor's vote, or if 4/5 is not achieved then the deciding vote goes to the Mayor.

City Manager Krutz commented he did not bring legal counsel or witnesses today and noted he serves at the leisure of the voted outcome. He reiterated his desire to continue to serve. He expressed being an effective manager is going to lead to disagreements in the way things are done and how some decisions get made, something he recognizes and respects. He went on to explain he just finished his fifth annual budget review cycle, noting a series of five budget recommendations were all recently accepted by Council without modifications. He commented this is a point of pride for him and one he feels is representative of his performance.

Council Member Dahir commented he does not feel termination with cause is justified; without cause is up for discussion but could be an expensive option. He asked Mr. Krutz whether he is truly open to and capable of the changes required to regain lost trust, invoke transparent and supportive leadership, and encourage cooperative dialogue should he be retained. Mr. Krutz confirmed he is committed to open dialogue and conversations with both elected officials and staff moving forward that will serve the City in the best possible manner.

012

Council Member Dahir reminded of the importance of accountability to today's conversations as future decisions are made.

Council Member Vanderwell asked for a public comment that was received to be read into record for reference purposes. The Mayor referred to the City Attorney for counsel as written public comment received is not generally read aloud during meetings; it is typically provided to Council and posted with the agenda packet for Council and public reference. City Attorney Duncan commented it is at leisure of the Council; a public comment period is not being opened; this is simply a reference to a comment already received. Council Member Anderson argued for fairness' sake if one public comment is read aloud then all received should be. City Attorney Duncan commented again it is at the leisure of each individual Council Member to decide what they would like to present for the record to support their findings for or against possible termination. Council Member VanderWell then read aloud written comment received from Scott Carey regarding his own interactions with the City Manager that he perceived to be inappropriate and unethical.

Council Member Anderson asked Director Valdez if the City conducts exit interviews when an employee terminates their contract. Mrs. Valdez explained there is an exit process that presents an opportunity for feedback, however it is not solicited. Mr. Anderson asked if anyone has offered any substantial feedback voluntarily as to why they've left; Mrs. Valdez could not recall anyone who had offered any specific comments.

Mayor Lawson went on to provide comment regarding the statement read by Council Member VanderWell. He noted the individual was laid off during the Great Recession, and additionally the Mayor made the decision not to renew the individual on the Planning Commission due to ineffectual leadership provided. Mayor Lawson commented as a result of these actions, this particular individual may have an axe to grind.

City Attorney Duncan reiterated Mr. Krutz has the opportunity to offer additional comment, witnesses or testimony; Mr. Krutz confirmed he had nothing to add.

**Motion:**    I move to terminate the employment agreement (AC-5553) between the City of Sparks and City Manager Neil Krutz without cause under Section 7(C) of the employment agreement.
**Moved by:** Council Member VanderWell
**Seconded By:** Council Member Bybee
**Yes:** Council Members Abbott, Bybee, VanderWell
**No:** Council Members Anderson, Dahir
**Abstain:**
**Vote:**  Yes – 3; No - 2

Following the vote, City Attorney Duncan commented pursuant to City Charter Section 3.030 since only three members voted in favor, the deciding vote belongs to the Mayor.

**Mayor Lawson Vote**: No

Mayor Lawson voted against the termination of the City Manager, commenting that Mr. Krutz has an exemplary record, has never been written up and has no blemishes on his record, and everyone has a bad year. The motion failed.

The Council recessed at 3:13 p.m. and reconvened at 3:19 p.m.

**9.3.**  **Consideration, discussion, and possible approval of a purchase agreement (AC-5939) in the amount of $263,988.00 to purchase one 2024 North Star Ambulance on a Ford F-450 ambulance prep gas chassis from Braun Northwest Inc. utilizing BID #22/23-032. (For Possible Action)**

An agenda item from Fire Chief Walt White and presented by Training Captain Jeff Sullivan requesting Council consideration, discussion, and possible approval of a purchase agreement (AC-5939) in the amount of $263,988.00 to purchase one 2024 North Star Ambulance on a Ford F-450 ambulance prep gas chassis from Braun Northwest Inc. utilizing BID #22/23-032. The purchase of this vehicle provides a second ambulance within the fire department to augment Emergency Medical Services (EMS) response and transport of the sick and injured to definitive care destinations. The build time for the ambulance is approximately two years and is expected to be received by the City in Fall of 2024.

Council expressed it might be beneficial to consider ordering another one given the turn-around time for production.

**Motion:**    I move to approve a purchase agreement (AC-5939) in the amount of $263,988.00 to purchase one 2024 North Star Ambulance on a Ford F-450 ambulance prep gas chassis from Braun Northwest Inc. utilizing BID #22/23-032

**Moved by:** Council Member Dahir
**Seconded By:** Council Member Anderson
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**9.4.**  **Consideration, discussion, and possible approval of a reimbursement to the City of Reno for Sparks's share of a construction contract with Resource Development Company dba Farr Construction in the amount of $947,100 for the Secondary Clarifier 2A rehabilitation project at the Truckee Meadows Water Reclamation Facility, with Sparks' share being $297,105.27 (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Treatment Plant Manager Casey Mentzer requesting Council consideration, discussion, and

possible approval of a reimbursement to the City of Reno for Sparks's share of a construction contract with Resource Development Company dba Farr Construction in the amount of $947,100 for the Secondary Clarifier 2A rehabilitation project at the Truckee Meadows Water Reclamation Facility (TMWRF), with Sparks' share being $297,105.27. This project seeks to rehabilitate one of the secondary clarifiers and two centrate storage tanks at TMWRF. The corrosive nature of the wastewater degrades the concrete and steel components over time and equipment must be renewed in order for the reactor to remain serviceable.

Council asked if new technologies and materials are being considered that can withstand the corrosive nature of the components. Mr. Mentzer confirmed new options are considered with each rehabilitation evaluation period.

**Motion:**   I move to approve a reimbursement to the City of Reno for Sparks's share of a construction contract with Resource Development Company dba Farr Construction in the amount of $947,100 for the Secondary Clarifier 2A rehabilitation project at the Truckee Meadows Water Reclamation Facility, with Sparks' share being $297,105.27
**Moved by:** Council Member Abbott
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**9.5.**   **Consideration, discussion and possible approval of a reimbursement to the City of Reno for Sparks's share of a consulting agreement with BJG Architecture & Engineering in the amount of $151,340 for the Secondary Clarifier 2A rehabilitation at the Truckee Meadows Water Reclamation Facility, with Sparks' share being $47,475.36. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Treatment Plant Manager Casey Mentzer requesting Council consideration, discussion and possible approval of a reimbursement to the City of Reno for Sparks's share of a consulting agreement with BJG Architecture & Engineering in the amount of $151,340 for the Secondary Clarifier 2A rehabilitation at the Truckee Meadows Water Reclamation Facility, with Sparks' share being $47,475.36. Mr. Mentzer noted this is a companion item to agenda item 9.4; this item serves to cover the costs of construction administration and special inspection services necessary for the project.

**Motion:**   I move to approve a reimbursement to the City of Reno for Sparks's share of a consulting agreement with BJG Architecture & Engineering in the amount of $151,340 for the Secondary Clarifier 2A rehabilitation at the Truckee Meadows Water Reclamation Facility, with Sparks' share being $47,475.36.
**Moved by:** Council Member Anderson
**Seconded By:** Council Member Dahir
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**

**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**10.**   **Public Hearing and Action Items Unrelated to Planning and Zoning**

None.

**11.**   **Planning and Zoning Public Hearings and Action Items**

**11.1.**   **Second reading, public hearing, discussion, and possible adoption of Bill No. 2810 to amend a final approved plan for the Stonebrook planned development (Stonebrook Design Standards and Regulations Handbook) to increase the maximum number of nozzles permitted at a Gas Sales & Auto Service use from 12 to 24 while maintaining the number of fueling stations (positions) to a maximum of 12 in the GC (General Commercial) land use category within the 610-acre Stonebrook planned development generally located east of Pyramid Way and south of La Posada Drive, Sparks, NV in the NUD (New Urban District – Stonebrook) zoning district. (For Possible Action)**

An agenda item from Applicant Setal Judge and presented by Planner II Dani Wray requesting Council's possible adoption of Bill No. 2810 to amend a final approved plan for the Stonebrook Design Standards and Regulations Handbook to increase the maximum number of nozzles permitted at a Gas Sales & Auto Service use from 12 to 24 while maintaining the number of fueling stations to a maximum of 12 in the General Commercial (GC) land use category within the 610-acre Stonebrook planned development generally located east of Pyramid Way and south of La Posada Drive, in the New Urban District (NUD) – Stonebrook zoning district.

Mrs. Wray presented background and findings as outlined in the staff report. The Planning Commission considered the request on March 16, 2023 and recommended Council approval.

Council sought clarification as to why this was brought before Council for approval as it is not normally required; Mrs. Wray confirmed this is an exception; the stipulation for multiple nozzles was outlined in the approved handbook in 2006 and therefore requires Council action today, however that is not standard practice.

Public hearing was opened at 3:33 p.m. There were no comments.

**Motion:**   I move to approve Bill No. 2810 to amend a final approved plan for the Stonebrook planned development (Stonebrook Design Standards and Regulations Handbook) amend the final approved plan for the Stonebrook planned development to increase the maximum number of nozzles permitted at a Gas Sales & Auto Service use from 12 to 24 while maintaining the number of fueling stations (positions) to a maximum of 12 in the GC (General Commercial)

land use category within in the Stonebrook Design Standards and Regulations Handbook based on findings PDa through PDj and the facts supporting those findings as set forth in the staff report.

**Moved by:** Council Member Bybee
**Seconded By:** Council Member Dahir
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:** Motion passed unanimously 5-0.

11.2.   **Public hearing, consideration, discussion, and possible action on a request to adopt Resolution No. 3422 to amend the Comprehensive Plan land use designation from Low Density Residential (LDR) to Multi-Family Residential (MF14) for a site approximately 8.49 acres generally located at the southeast corner of Wedekind Road and El Rancho Drive (APNs: 026-341-57, 026-341-58, 026-341-59). PCN18-0032/MPA22-0005 (For Possible Action)**

An agenda item from Applicant Tim Wilkens, The Chalets II, LLC and presented by Planning Manager Sienna Reid requesting Council consideration, discussion, and possible action on a request to adopt Resolution No. 3422 to amend the Comprehensive Plan land use designation from Low Density Residential (LDR) to Multi-Family Residential (MF14) for a site approximately 8.49 acres generally located at the southeast corner of Wedekind Road and El Rancho Drive – Parcels 026-341-57, 026-341-58, and 026-341-59.

Mrs. Reid presented background and findings as outlined in the staff report.

Council asked if traffic from Wedekind Road is expected to be routed through Garfield Drive. Mrs. Reid confirmed there is no specific project associated with the Comprehensive Plan Amendment (CPA); they are simply evaluating the appropriateness of the proposed change in the land use for the area. Traffic was considered in a broad sense, however, more in-depth analysis will occur when projects are proposed.

Council sought clarification on possible deed restrictions. Mrs. Reid confirmed the City is not a party to the deed on the property and does not come in to play for this CPA or any other actions for the property. The deed is a private agreement made between two parties and would need to be addressed accordingly between them. City Planner Jim Rundle further clarified the City has an owner affidavit that specifies the applicant/property owner is requesting the land use change on the property. That is a civil agreement between those two parties.

Public hearing was opened at 3:46 p.m.

Walter Willis, Frank Bigotti, Chad Hicks, Anita Hicks, Beth Ross, Norman Ross, Karin Russell-Lance, David Bjorkman, Hernan Aguirre, and Jay Jorgenson each provided comment

in opposition to the proposed land use designation change. Each echoed sentiments expressed in written public comment received.

Council referred to public comment asserting public input was not solicited regarding proposed changes. Mrs. Reid confirmed there were three meetings from three different bodies that allowed for public hearing and were required to be noticed ahead in the Reno Gazette Journal: the Sparks Planning Commission originally considered this item at a December 15, 2022 meeting; the Regional Planning Commission held public hearing for the item April 3, 2023; and today's public hearing before Council.  She also noted there was a noticed neighborhood meeting which required property owners within 750 feet of the site be notified.

Mrs. Reid confirmed again for Council today's action proposes changing the Comprehensive Plan land use designation only. Typically, a request for a zoning designation would follow that also requires proper public noticing and hearing, but there are no requests at this time. Once land use and zoning designations are established, proposed projects will be evaluated and assessed accordingly in terms of traffic, infrastructure, and growth considerations as they pertain to the requested project type. Mrs. Reid confirmed the proposed land use change can still support a variety of housing development types, to include single-family housing, if that is what is proposed by the applicant and approved by the appropriate bodies.

**Motion:**     I move to adopt Resolution No. 3422, to certify a Comprehensive Plan land use amendment (MPA22-0005) associated with PCN18-0032 amending the Comprehensive Plan land use designation for APNs: 026-341-57, 026-341-58, and 026-341-59 from Low Density Residential (LDR) to Multi-Family Residential (MF14), based on Findings CP1 through CP4, and the facts supporting these findings as set forth in the staff report.

**Moved by:** Council Member VanderWell
**Seconded By:** Council Member Anderson
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

## 12.  Comments

### 12.1.  Comments from the Public

Public Comment. NRS 241.020(3)(d)(3) provides that the City Council must allow multiple periods devoted to public comments by the general public. No matters raised during public comment may be the subject of deliberation or action. Written comments from the public prior to the agenda and supporting materials for the meeting follow.

018

Darren Jackson, Reno Firefighters Association IAFF Local 731 vice president, provided comment expressing his dismay in Council's decision to retain the City Manager despite feedback from stakeholders and employees demonstrating the need for change. He encouraged Council to deploy a new survey and seek honest feedback with raw data presented to Council and not filtered results. He echoed the sentiments of those who provided public comment expressing concern with public safety as the City continues to grow and implored Council to do better for their constituents and employees.

William T. Steward provided continued comment regarding the ethical commitments outlined in the manager's contract and the obligation to uphold those. He reminded of the lost trust and possible fiscal liability due to the outcome of the City Manager's decisions and the Council's lack of action to hold him accountable.

**12.2.**    **Announcements from the Mayor, City Council and City Manager**

Council Member VanderWell requested an agenda item for an independent investigation into survey results, leadership and employee relations, and any other items relating to the City Manager to be heard at the June 12, 2023, meeting of the City Council.

Council Member Abbott thanked Parks and Recreation Director Tony Pehle for his 30 years of service to the City and wished him a wonderful retirement.

Council Member Anderson requested from the City Manager a future agenda item to discuss the implementation of a formal exit interview process for all employees. He also encouraged participation in the Out of the Darkness Community Walk at the Sparks Marina Saturday, May 20, 2023 at 0900 in recognition of Mental Health Awareness Month.

Council Member Dahir commented he looks forward what the future holds and hopes for positive change and growth as a City.

Mayor Lawson wished a happy birthday to Sparks Resident Bill Wagner.

**13.**    **Adjournment**

The meeting was adjourned at 4:30 p.m.

_____
Ed Lawson, Mayor

019

ATTEST:

_____

Lisa Hunderman, City Clerk

>>> lk



Copyright © 2015-2026 Hyland Software, Inc.

