# EXHIBIT B

Meeting Minutes for June 12, 2023

50630651



Home     Meetings     Contact

Agenda   Minutes   **Agenda Packet** 📕

Switch to Accessible View



**MAYOR**
Ed Lawson

**CITY COUNCIL**
Donald Abbott, Ward 1
Dian VanderWell, Ward 2
Paul Anderson, Ward 3
Charlene Bybee, Ward 4
Kristopher Dahir, Ward 5

**CITY MANAGER**
Neil Krutz

**CITY ATTORNEY**
Wes Duncan

**Sparks City Council**
**Meeting Minutes**
**Monday, June 12, 2023 2:00 PM**
**Legislative Bldg. 745 4th Street, Sparks**

**Public Meeting Notice – This meeting is open to the public in accordance with NRS 241.020**

**This agenda has been posted at the following locations, three (3) business days prior to the meeting:**

Sparks City Hall, 431 Prater Way          www.cityofsparks.us          https://notice.nv.gov/

**Supporting Documentation** — Supporting documents for this agenda items are available on the city's website at www.cityofsparks.us and will be available for review at the Council meeting. For further information you may contact the City Clerk at (775) 353-2350.

**Order of Agenda** — Items on the agenda may be taken out of order; the City Council may combine two or more agenda items for consideration; may remove an item from the agenda or may delay discussion relating to an item on the agenda at any time per NRS 241.020 (3)(d)(6) and (7).

023

**Public Comment** — Persons desiring to address the City Council shall first provide the City Clerk with a written request to speak so they may be recognized by the presiding officer. Each person addressing the City Council    shall approach the podium when called, give his/her name, and shall limit the time of their presentation to **three (3) minutes** per NRS 241.020(3)(d)(3). Public comment may address any agenda item or other public issue that  the City Council has the authority to effectuate or exercise control over. Public comment on matters beyond the Council's scope of authority, not relevant to Council business, and that does not serve a governmental purpose, is not permitted. You may also submit public comment by emailing cityclerk@cityofsparks.us no later than 12:30 pm the day of the meeting. In the subject line of the email type "Public Comment City Council". Emails received for public comment will be entered into record but not read aloud during the meeting.

**Restrictions on Public Comments** — All public comment remarks shall be addressed to the Council as a whole and not to any member thereof. No person, other than members of the City Council and the person having the floor shall be permitted to enter into any discussion. No questions shall be asked of the City Council except through the presiding officer.

**Disruptive Conduct** — Any person who disrupts a meeting to the extent that its orderly conduct is made impractical may be removed from the meeting by order of the presiding officer.

**Accommodations** — The meeting site is accessible to individuals with disabilities. Reasonable efforts to assist    and accommodate persons with physical disabilities desiring to attend shall be made per NRS 241.020(1). Please call the City Clerk's office (775) 353-2350 at least three (3) business days before the meeting to make arrangements.

If you have questions, you may find additional information at www.cityofsparks.us or call the City Clerk's office at (775) 353-2350.

**Sparks City Council**
**Meeting Minutes**
**Monday, June 12, 2023 2:00 PM**

## 1.   Call to Order

The regular meeting of the Sparks City Council was called to order by Mayor Ed Lawson at 2:00 p.m.

## 2.   Roll Call

Mayor Ed Lawson, Council Members Donald Abbott, Dian VanderWell, Paul Anderson, Charlene Bybee, Kristopher Dahir, City Manager Neil Krutz, City Attorney Wes Duncan, City Clerk Lisa Hunderman, PRESENT.

## 3.   Opening Ceremonies

### 3.1.   Invocation Speaker: Pastor Blythe Molech, Victory City Church

The invocation was provided by Council Member Dahir.

### 3.2. Pledge of Allegiance

The Pledge of Allegiance was led by Council Member Bybee.

### 3.3. In Memoriam: Mayor Geno Martini

The City of Sparks honored the memory of Mayor Geno Martini with a slideshow of pictures of his youth and tenure at the City of Sparks. Mayor Martini served as a City Council Member from 1999 to 2005 and as Mayor from 2005 to 2018. He passed away on June 1, 2023. Mayor Lawson and Council also spoke about the legacy and impact Mayor Martini had on the City of Sparks.

## 4. Public Comment

### 4.1. Public Comment. NRS 241.020(3)(d)(3) provides that the City Council must allow multiple periods devoted to public comments by the general public. No matters raised during public comment may be the subject of deliberation or action. Written comments from the public prior to the agenda and supporting materials for the meeting follow.

Resident Elise Weatherly provided public comment about the importance of waiting, local district attorneys, gloating, and listening to God.

Resident Mark Markel provided public comment about the dangers of drunk driving.

## 5. Agenda

### 5.1. Approval of the Agenda (For Possible Action)

Consideration of taking items out of sequence, deleting items and adding items which require action upon a finding that an emergency exists.

**Motion:**    I move to approve the agenda as submitted.

**Moved by:** Council Member Anderson
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

## 6. Minutes

**6.1.** **Consideration and possible approval of the minutes of the Sparks City Council Meeting for May 22, 2023. (For Possible Action)**

This item provides Council the opportunity to approve draft minutes of the Sparks City Council meeting for May 22, 2023.

**Motion:** I move to approve the minutes of the Sparks City Council Meeting for May 22, 2023.
**Moved by:** Council Member Bybee
**Seconded By:** Council Member Dahir
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:** Motion passed unanimously 5-0.

**7.** **Announcements, Presentations, Recognition Items and Items of Special Interest**

**7.1.** **Proclamation: Juneteenth Day**

Council proclaimed June 19th as Juneteenth Day which celebrates the end of slavery in the United States and honors the achievements and contributions African Americans have made and continue to make to the City of Sparks, the State of Nevada, and our nation. The proclamation was read by Council Member Dahir and presented to President of the Northern Nevada Black Cultural Awareness Society (NNBCAS) Jessica Vann and Programing Chair of NNBCAS A'keia Sanders who thanked Council for the recognition and invited everyone to the Juneteenth Festival on June 18th at Idlewild Park.

**7.2.** **Proclamation: Pride Month**

Council proclaimed June 2023 as Pride Month. Celebrating Pride Month increases awareness and provides support and advocacy for the LGBTQ community, which is vital to ending discrimination and prejudice. The proclamation was read by Council Member VanderWell.

**7.3.** **Proclamation: Men's Health Month**

Council proclaimed June 2023 as Men's Health Month to raise awareness on men's health issues and the importance of a healthy lifestyle, regular exercise, and medical check-ups. The proclamation was read by Council Member Anderson.

**7.4.** **Presentation: Acknowledging students from Excel Christian School, Hug High School, Reed High School, Spanish Springs High School, and Sparks High School who have signed letters of intent for college sports.**

A presentation from Mayor Lawson acknowledging students from Excel Christian School, Hug High School, Reed High School, Spanish Springs High School, and Sparks High School who have signed letters of intent for college sports.

**7.5.** **Presentation: Responsible Giving**

A presentation from Executive Director of the Karma Box Project Grant Denton discussing the most effective, sustainable ways to help those experiencing homelessness. Mayor and Council thanked Mr. Denton for his presentation and spoke about the importance of educating the public on the ways to help the homeless in the area.

**8.** **Consent Items**

> **Motion:**    I move to approve consent items 8.1 through 8.6 as submitted.
> **Moved by:** Council Member VanderWell
> **Seconded By:** Council Member Dahir
> **Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
> **No:**
> **Abstain:**
> **Vote:**   Motion passed unanimously 5-0.

**8.1.** **Consideration and possible acceptance of the report of the claims and bills approved for payment and appropriation transfers for the period of May 10, 2023, through May 30, 2023. (For Possible Action)**

An agenda item from Chief Financial Officer Jeff Cronk requesting Council consideration and possible acceptance of the report of the claims and bills approved for payment and appropriation transfers for the period of May 10, 2023 through May 30, 2023.

**8.2.** **Consideration, discussion, and possible approval of an extension of a professional services contract (AC-5788) with West Coast Code Consultants, Inc., in an amount not to exceed $140,000.00 for fire plans review for FY24. (For Possible Action)**

An agenda item from Fire Chief Walt White and presented by Fire Inspector II Don Parsons requesting Council approval of an extension of a professional services contract (AC-5788) with West Coast Code Consultants, Inc., in an amount not to exceed $140,000.00 for fire plans review for FY24. To provide timely fire plan review services to the development community, the Fire Department contracts with a third-party vendor, West Coast Code Consultants, Inc. (WC3). The City utilizes contract plan review services to supplement City employees while maintaining staffing flexibility, and to gain access to plans examiners with the specialized experience needed for the review of more complex plans (e.g., complex multi-family residential buildings, schools).

**8.3.** **Consideration, discussion, and possible approval of an agreement (AC-5950) between Washoe County, through Washoe County Sheriff's Office, and the City of Sparks, through the Sparks Police Department, to pay Washoe County Sheriff Deputies to provide extradition services for subjects arrested outside of Washoe County on arrest warrants related to crimes occurring within the City of Sparks and investigated by the Sparks Police Department, for approximately $48,000.00. (For Possible Action)**

An agenda item from Deputy Chief of Police Tara Edmonson requesting Council approval of an agreement (AC-5950) between Washoe County, through Washoe County Sheriff's Office, and the City of Sparks, through the Sparks Police Department, to pay Washoe County Sheriff Deputies to provide extradition services for subjects arrested outside of Washoe County on arrest warrants related to crimes occurring within the City of Sparks and investigated by the Sparks Police Department, for approximately $48,000.00. The current interlocal agreement with Washoe County, through the Washoe County Sheriff's Office for extradition services for subjects arrested outside of Washoe County is set to expire June 30, 2023. The proposed interlocal agreement is a renewal of current services being provided to the City of Sparks, through the Sparks Police Department, that will be valid for three fiscal years and would expire on June 30, 2026. The most significant change between the proposed agreement and the current agreement pertain to cost for services. The administrative fees associated to the proposed services within the agreement have increased from $108.00 to $120.00, and the hourly wage associated to the proposed services provided by Washoe County Sheriff Deputies has increased from $70.00/hour to $80.00/hour. The amount in which the City of Sparks, through the Sparks Police Department, will pay to Washoe County, through the Washoe County Sheriff's Office will not exceed $50,000.00 per fiscal year. Even with the increase in costs to the extradition services provided, contracting with the Washoe County Sheriff's Office remains cost effective and beneficial to the City of Sparks.

**8.4.** **Consideration, discussion, and possible approval of an Interlocal Cooperative Agreement (AC-5934) with the Truckee Meadows Water Authority for the reimbursement to the City of Sparks of actual costs, estimated to be $86,700, for water main relocation in support of the Glen Meadow Storm Drain project. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Senior Civil Engineer Ashley Elson requesting Council approval of an Interlocal Cooperative Agreement (AC-5934) with the Truckee Meadows Water Authority for the reimbursement to the City of Sparks of actual costs, estimated to be $86,700, for water main relocation in support of the Glen Meadow Storm Drain project. This Interlocal Cooperative Agreement will allow the Truckee Meadows Water Authority (TMWA) to reimburse the City of Sparks for relocating water main infrastructure in support of the City's Glen Meadow Storm Drain project.  This project was approved by the City Council on February 27, 2023. The TMWA

water main must be relocated prior to construction of the storm drain line. TMWA will reimburse the City for actual construction costs related to the water main relocation.

**8.5.**  **Consideration, discussion, and possible approval of a three-year Interlocal Cooperative Agreement (AC-5951) with the Regional Transportation Commission of Washoe County to reimburse the City of Sparks for the Signal Timing 7 Project in an amount not to exceed $50,000 annually and $150,000 in aggregate. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Transportation Manager Amber Sosa requesting Council approval of a three-year Interlocal Cooperative Agreement (AC-5951) with the Regional Transportation Commission of Washoe County to reimburse the City of Sparks for the Signal Timing 7 Project in an amount not to exceed $50,000 annually and $150,000 in aggregate. This Interlocal Cooperative Agreement provides for the Regional Transportation Commission of Washoe County (RTC) to reimburse the City of Sparks for participation of City staff in the review and design of revised traffic signal timing and assist with the implementation of traffic signal timing changes in Sparks. The RTC agreement is for a three-year term, for the period from July 1, 2023 to June 30, 2026.

**8.6.**  **Consideration, discussion, and possible approval to purchase an excess insurance policy from Safety National for the City's self-funded worker's compensation program for Fiscal Year 2024 in the estimated amount of $180,333.00 and to authorize the City Manager to execute policy documents. (For Possible Action)**

An agenda item from Human REsources Director Jill Valdez requesting Council approval to purchase an excess insurance policy from Safety National for the City's self-funded worker's compensation program for Fiscal Year 2024 in the estimated amount of $180,333.00 and to authorize the City Manager to execute policy documents. The primary layer of risk exposure in the City's worker's compensation program is self-insured, but the City purchases an excess insurance policy for two reasons. First, Nevada law requires the City to carry excess coverage for the worker's compensation program. Second, the policy protects the financial interests of the City against catastrophic losses. The estimated cost of the excess coverage from Safety National is $188,333.00 for FY24.

**9.**  **General Business**

**9.1.**  **Consideration, discussion, and possible approval of the Mayor's three appointments to the Sparks Parks and Recreation Commission from the following pool of applicants, listed in alphabetical order: Terry Frugoli, Shanda**

**Golden, Leslie Hicks, Mobby Michael, Melissa Nordeen, Marci Oncale, Matthew Robinson, Melanie "Jill" Short.**

An agenda item from City Manager Neil Krutz requesting Council approval of the Mayor's three appointments to the Sparks Parks and Recreation Commission from the following pool of applicants, listed in alphabetical order: Terry Frugoli, Shanda Golden, Leslie Hicks, Mobby Michael, Melissa Nordeen, Marci Oncale, Matthew Robinson, Melanie "Jill" Short. There are two vacancies on the Sparks Parks and Recreation Commission, each for three-year terms ending June 30, 2026. Members must be Sparks residents or have a valid Sparks business license.

**Motion:**   I move to appoint Terry Frugoli, Matthew Robinson and Melanie "Jill" Short to the Sparks Parks and Recreation Commission, each with terms ending June 30, 2026.
**Moved by:** Council Member Anderson
**Seconded By:** Council Member Abbott
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**9.2.**   **Consideration, discussion, and possible approval of the Mayor's appointments to the Sparks Civil Service Commission from the following pool of applicants, listed in alphabetical order: Barbara Ackermann, Rick Armstrong, Jenna Garcia, Douglas Marsh, Justin Shore.**

An agenda item from City Manager Neil Krutz requesting Council approval of of the Mayor's appointments to the Sparks Civil Service Commission from the following pool of applicants, listed in alphabetical order: Barbara Ackermann, Rick Armstrong, Jenna Garcia, Douglas Marsh, Justin Shore. The Civil Service Commission governs the selection and appointment of all employees of the City within the provisions of Article IX of the Sparks City Charter. The Civil Service Commission also approves the Sparks Civil Service Regulations, which must be designed to secure the best service for the public. There are two vacancies on the Sparks Civil Service Commission, each for a three-year terms ending June 30, 2026. This agenda item gives City Council the opportunity to approve the Mayor's appointments to the vacancies.

**Motion:**   I move to appoint Jenna Garcia and Justin Shore to the Sparks Civil Service Commission, each for a three-year term ending June 30, 2026.
**Moved by:** Council Member Dahir
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**9.3.**   **Consideration, discussion, and possible action related to filing an interlocutory appeal pursuant to NRS 41.670(4) related to the court's denial of the anti-**

**SLAPP motion filed by the City and Neil Krutz in Mark Lawson v. City of Sparks, et al., case number CV23-00458. (For Possible Action)**

An agenda item from City Attorney Wes Duncan and presented by Senior Assistant City Attorney Barrack Potter requesting Council action related to filing an interlocutory appeal pursuant to NRS 41.670(4) related to the court's denial of the anti-SLAPP motion filed by the City and Neil Krutz in Mark Lawson v. City of Sparks, et al., case number CV23-00458. On March 13, 2023, Mark Lawson filed a complaint against the City of Sparks and Sparks City Manager Neil Krutz. On May 1, 2023, the Sparks City Attorney's Office filed a Special Anti-SLAPP Motion to Dismiss pursuant to NRS 41.660 and on May 30, 2023, the court denied the Special Anti-SLAPP Motion to Dismiss. NRS 41.670(4) allows an interlocutory appeal to be filed with the Nevada Supreme Court in which the court would decide the issue de novo (anew). If the appeal is not filed, an answer must be filed, and the case will move forward in litigation without the Nevada Supreme Court review of the order denying the motion.

**Motion:**   I move to direct the City Attorney to file an interlocutory appeal pursuant to NRS 41.670(4) on behalf of the City of Sparks and Neil Krutz in Lawson v. City of Sparks, et al., case number CV23-00458.
**Moved by:** Council Member Anderson
**Seconded By:** Council Member Abbott
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

9.4.    **Consideration, discussion, and possible approval of a construction contract (AC-5952) with Sierra Nevada Construction in the amount of $611,007 for the 2023 Preventative Maintenance Slurry Project, Bid No. 22/23-0030, PWP-WA-2023-217. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Transportation Manager Amber Sosa requesting Council approval of a construction contract (AC-5952) with Sierra Nevada Construction in the amount of $611,007 for the 2023 Preventative Maintenance Slurry Project, Bid No. 22/23-0030, PWP-WA-2023-217. The Preventative Maintenance Slurry Project is a yearly program that provides preventative maintenance treatments on road segment pavements included in the City's transportation maintenance plan. With this project the City will treat over 1.9 million square feet of roadway with a rapid setting slurry seal treatment as well as providing some asphalt patching and other forms of preventative maintenance treatments.

**Motion:**   I move to approve a construction contract (AC-5952) with Sierra Nevada Construction in the amount of $611,007 for the 2023 Preventative Maintenance Slurry Project, Bid No. 22/23-0030, PWP-WA-2023-217.
**Moved by:** Council Member Dahir
**Seconded By:** Council Member Bybee
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**

**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

**9.5.**  **Consideration, discussion, and possible approval of the purchase of seven vehicles from Fallon Ford Toyota as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023, not to exceed the amount of $350,000, utilizing State Contract 99SWC-NV21-8814. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Public Works Manager Mark Andersen requesting Council approval of the purchase of seven vehicles from Fallon Ford Toyota as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023, not to exceed the amount of $350,000, utilizing State Contract 99SWC-NV21-8814. Public Works Maintenance Staff is requesting preapproval to purchase seven vehicles from Fallon Ford Toyota as part of the Capital Improvements Plan (CIP) for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8814, in the amount of up to $350,000. $2,593,000 was included in Fund 1702 Motor Vehicle Maintenance for Fiscal Year 2023 budget and $1,591,047.86 remains. Fleet is trying to secure six vehicles for the police department and one for Code Enforcement.

**Motion:**    I move to approve the purchase of seven vehicles from Fallon Ford Toyota as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023, not to exceed the amount of $350,000, utilizing State Contract 99SWC-NV21-8814.
**Moved by:** Council Member Abbott
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

**9.6.**  **Consideration, discussion, and possible approval of the purchase of thirteen vehicles from Champion Chevrolet in an amount not to exceed $792,500 as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8903. (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Public Works Manager Mark Andersen requesting Council approval of the purchase of thirteen vehicles from Champion Chevrolet in an amount not to exceed $792,500 as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8903. Fleet is trying to secure thirteen vehicles, five for the Fire Department and 8 for the Community Services Department. Vehicles scheduled for replacement are: 322A, 300E, 308C, 483A, and 535A, and 8 new needs.

**Motion:**    I move to approve the purchase of thirteen vehicles from Champion Chevrolet in an amount not to exceed $792,500 as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8903.

032

**Moved by:** Council Member Dahir
**Seconded By:** Council Member Anderson
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

**9.7.**  **Consideration, discussion, and possible approval of the purchase of six vehicles from Corwin Ford in an amount not to exceed $335,550 as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8811 (For Possible Action)**

An agenda item from Community Services Director Michael Drinkwater and presented by Public Works Manager Mark Andersen requesting Council approval of the purchase of six vehicles from Corwin Ford in an amount not to exceed $335,550 as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8811. Fleet is trying to secure six vehicles for the Community Services Department. There are five vehicles scheduled for replacement for Community Services (400D, 472D, 432D, 428E, and 7D) and one new need from multiple programs from Fund 1101 General Fund, Program130705 Capital Projects, Fund 1401 Road Fund 99-1401 Capital Projects Fund, Roadway Maintenance, Fund 1630 Sanitary Sewer Fund, 130600 Sewer Engineering, and Fund 1640 Storm Drains Operations, Program 130620 Drains Engineering for the newly created position Construction Manager.

**Motion:**    I move to approve the purchase of six vehicles from Corwin Ford in an amount not to exceed $335,550 as part of the Fleet Replacement Program and Capital Improvement Program for Fiscal Year 2023 utilizing State Contract 99SWC-NV21-8811.
**Moved by:** Council Member Anderson
**Seconded By:** Council Member Abbott
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

**9.8.**  **Consideration, discussion, and possible approval of a Community Development Block Grant (CDBG)-COVID funded agreement (AC-5953) between the City of Sparks and Catholic Charities of Northern Nevada in an amount not to exceed $179,840, to fund their employment and business assistance program. (For Possible Action)**

An agenda item from Housing Specialist Amy Jones requesting Council approval of a Community Development Block Grant (CDBG)-COVID funded agreement (AC-5953) between the City of Sparks and Catholic Charities of Northern Nevada in an amount not to exceed $179,840, to fund their employment and business assistance program. The proposed agreement provides CDBG-COVID funds to Catholic Charities of Northern Nevada to support

job training opportunities for business and residents impacted by the Coronavirus Pandemic and support local business.

Council asked if applicants must both live and have a business in Sparks to be eligible for the business assistance program. Mrs. Jones stated they do.

Council asked who people can reach out to if they are interested in this program. Mrs. Jones stated depending on Council's approval of this item and item 9.9, they can reach out to Catholic Charities of Northern Nevada or Opportunity Alliance Nevada. The City's website will be updated to show contact information for both agencies.

**Motion:**   I move to approve the Grant Program Agreement (AC-5953), utilizing Community Development Block Grant-COVID funds for provisions of job training and assistance to City of Sparks residents and business that have been impacted by the Coronavirus Pandemic, between the City of Sparks and Catholic Charities of Northern Nevada in an amount not to exceed $179,840, to fund their employment and business assistance program.
**Moved by:** Council Member VanderWell
**Seconded By:** Council Member Dahir
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

**9.9.**   **Consideration, discussion, and possible approval of a Community Development Block Grant (CDBG)-COVID funded agreement (AC-5954) between the City of Sparks and Opportunity Alliance Nevada in an amount not to exceed $179,840 to fund the Employ Sparks Program. (For Possible Action)**

An agenda item from Housing Specialist Amy Jones requesting Council approval of a Community Development Block Grant (CDBG)-COVID funded agreement (AC-5954) between the City of Sparks and Opportunity Alliance Nevada in an amount not to exceed $179,840 to fund the Employ Sparks Program. The proposed agreement provides CDBG-COVID funds to Opportunity Alliance Nevada to fund the Employ Sparks Program supporting City of Sparks business and residents that have been impacted by the Coronavirus Pandemic obtain permanent employment and help local businesses rebuild their labor force.

Council Member VanderWell recused herself from voting on this item as she is the current Chair of the Opportunity Alliance Nevada.

**Motion:**   I move to approve the Grant Program Agreement (AC-5954), utilizing Community Development Block Grant-COVID funds for provisions of job training and assistance to City of Sparks residents and business that have been impacted by the Coronavirus Pandemic, between the City of Sparks and Opportunity Alliance Nevada in an amount not to exceed $179,840 to fund the Employ Sparks Program.
**Moved by:** Council Member Bybee
**Seconded By:** Council Member Anderson

034

**Yes:** Council Members Abbott, Anderson, Bybee, Dahir
**No:**
**Abstain:** Council Member VanderWell
**Vote:** Motion Passed 4-0

9.10.    **Consideration, discussion, and possible approval of a professional services contract (AC-5949) with ETC Institute to perform a community survey with a cost of $36,390, RFP #22/23-031. (For Possible Action)**

An agenda item from the Sparks Equity and Inclusion Advisory Board and presented by Assistant City Manager Alyson McCormick requesting Council approval of a professional services contract (AC-5949) with ETC Institute to perform a community survey with a cost of $36,390, RFP #22/23-031. ETC Institute has conducted four community surveys for the City of Henderson, Nevada, since 2010, and comes highly recommended by Henderson's staff. Further, the City of Reno worked with ETC Institute to conduct a narrow survey on solid waste and recycling issues in 2018, so ETC Institute has some familiarity with northern Nevada. ETC Institute suggested concrete strategies for ensuring that the survey reaches historically underserved populations within the City of Sparks, including an oversampling option to ensure statistically valid data from demographic minority groups within the City, as well as a toll-free phone number where staff at ETC Institute's call center can administer the survey in the respondent's preferred language.

**Motion:**    I move to approve the professional services contract (AC-5949) with ETC Institute to perform a community survey with a cost of $36,390, RFP #22/23-031.

**Moved by:** Council Member Dahir
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**   Motion passed unanimously 5-0.

9.11.    **Consideration, discussion, and possible approval to purchase various commercial insurance policies to protect the City's financial interests with approximate premiums of $1,454,156 for the next policy periods and to authorize the City Manager to execute policy documents. (For Possible Action)**

An agenda item from City Manager Neil Krutz and presented by Assistant City Manager Alyson McCormick requesting Council approval to purchase various commercial insurance policies to protect the City's financial interests with approximate premiums of $1,454,156 for the next policy period and to authorize the City Manager to execute policy documents. The City purchases commercial insurance policies to protect its financial interests against unpredictable, catastrophic losses. These policies include property and contents (including boilers and machinery, auto physical damage, flood damage, and cyber liability), public agency general liability, employee dishonesty, and tenant users liability. This agenda item

035

gives City Council the opportunity to approve purchasing these insurance policies and authorize the City Manager to execute the necessary paperwork associated with these policies. The choice has been narrowed down to two options. Option 1: Alliant Property Insurance Program (APIP), the City's current insurance carrier, would have a higher premium but dedicated policy limits for Sparks. Option 2: Nevada Public Agency Insurance Pool (NPAIP) also referred to as "the pool", would have a lower premium but shared policy limits with other agencies.

Mayor asked how big the pool is. Brandon Lewis with USI Insurance Services stated this pool has about 120 members all within the State of Nevada. The pool is not shared with anyone outside of Nevada.

Mayor asked how much the 1997 flood costed Sparks. City Manager Krutz stated he did not know.

Council asked what if NPAIP was unable to cover the City's losses from a major disaster such as an earthquake. Mrs. McCormick stated it would depend on the scale of the disaster. Most likely in that case, all members of the pool would have exhausted their limits and additional Federal or State aid would be provided.

Council asked if the shared limits on the NPAIP are for only natural disasters. Mrs. McCormick stated the shared policy limits only apply to earthquakes and floods. Mr. Lewis added other losses, such as fire, would not have a shared limit. NPAIP Chief Financial Officer Allan Kalt added they have never seen an agency reach the $150 million limit and if it did happen, the Federal Emergency Management Agency (FEMA) would come in and take the remaining cost of the disaster. For the 1997 flood, no agency went beyond the limit.

Council asked if Sparks became a member of NPAIP, would the City be a voting member. Mr. Lewis stated if the City chose NPAIP, there would be a government interlocal agreement between the two, and Sparks would be able to vote.

Council asked how additional members would affect the pool. Mr. Kalt stated if more agencies joined and property values go up within the pool, the shared limits would also rise.

Council asked when the last time a large payout happened within the pool. Member Relations Manager Steven Romero of Nevada Risk Pooling stated the last major payout was the Wells earthquake in 2006 and it was $6.5 million involving 3 agencies.

**Motion:**    I move to approve purchasing various commercial insurance policies to protect the City's financial interests with estimated premiums of $1,073,939, including property coverage from Nevada Public Agency Insurance Pool, for the next policy periods and to authorize the City Manager to execute agreements for those policies.

**Moved by:** Council Member Bybee
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:** Motion passed unanimously 5-0.

**9.12.** **Consideration, discussion, and possible approval to purchase various commercial insurance policies to protect the financial interests of the Truckee Meadows Water Reclamation Facility with estimated premiums of $885,911 for the next policy periods and to authorize the City Manager to execute agreements for those policies. (For Possible Action)**

An agenda item from City Manager Neil Krutz and presented by Assistant City Manager Alyson McCormick requesting Council approval to purchase various commercial insurance policies to protect the financial interests of the Truckee Meadows Water Reclamation Facility with estimated premiums of $885,911 for the next policy periods and to authorize the City Manager to execute agreements for those policies. This is the annual renewal of insurance policies purchased for Truckee Meadows Water Reclamation Facility (TMWRF) to protect its financial interests relating to potential accidental losses.

    **Motion:**    I move to approve purchasing various commercial insurance policies to protect the financial interests of the Truckee Meadows Water Reclamation Facility with estimated premiums of $752,101, including property coverage from Nevada Public Agency Insurance Pool, for the next policy periods and to authorize the City Manager to execute agreements for those policies.
**Moved by:** Council Member Dahir
**Seconded By:** Council Member Anderson
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:** Motion passed unanimously 5-0.

**9.13.** **Consideration, discussion, and possible approval to purchase stop loss insurance from VOYA Financial for the City's self-funded Group Health Plan for Fiscal Year 2024 in the amount of $621,019.00 and to authorize the City Manager to execute policy documents. (For Possible Action)**

An agenda item Human Resources Director Jill Valdez requesting Council approval to purchase stop loss insurance from VOYA Financial for the City's self-funded Group Health Plan for Fiscal Year 2024 in the amount of $621,019.00 and to authorize the City Manager to execute policy documents. The primary layer of risk exposure to the City's group health benefit plan is that the City is self-insured, otherwise known as self-funded. Self-funded means the City pays all claims costs for medical, dental, vision and prescription drug services through a third-party administrator such as Hometown Health or Maxor Rx. To protect the City's self-funded program from individual catastrophic medical and prescriptions claims, the City purchases stop loss insurance (re-insurance) coverage each fiscal year, which

provides significant financial protection to the plan. The City's current stop loss agreement with VOYA Financial expires on June 30, 2023. This agenda item authorizes the City Manager to execute the necessary paperwork associated with this policy to ensure continuation of stop loss coverage for the City's group health plan.

Council asked for an explanation of laser claims. Mrs. Valdez stated it is when an individual has a claim that would cost over $1.2 million, the provider will remove paying that cost from their policy in order to provide insurance for the rest of the policy holders. The City would be responsible to pay up to $1.2 million on the laser claim in the policy year. If the claim goes beyond the $1.2 million, then it would revert back to the stop loss insurance. The $1.2 million would be taken out of the deductible.

Council asked if multiple laser claims can happen. Mrs. Valdez stated if another claim reached the limit within a policy year, it would not be lasered out of the claim within that policy year.

Council asked how they determine which claim to laser. Mrs. Valdez stated the insurance looks at claim data and determines long term conditions that are on-going and expensive.

Council asked if the other potential insurance providers had laser claim policies. Mrs. Valdez stated it is standard practice with insurance providers.

**Motion:**    I move to approve the purchase of stop loss insurance from VOYA Financial for the City's self-funded Group Health Plan for Fiscal Year 2024 in the amount of $621,019.00 and authorize the City Manager to execute policy documents.
**Moved by:** Council Member Abbott
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

## 9.14.  Consideration, discussion, and possible acceptance of the report on the Human Resources Department's plan for employee exit interviews. (For Possible Action)

An agenda item from Council Member Paul Anderson and presented by Human Resources Director Jill Valdez requesting Council acceptance of the report on the Human Resources Department's plan for employee exit interviews. At the May 8, 2023 City Council meeting, Council Member Anderson requested an agenda item on June 12, 2023 regarding expanding the employee exit process to obtain feedback from employees who are leaving City employment. Human Resources will present and discuss a plan to move forward with a standard employee exit survey through the Human Resources Information System (HRIS) NeoGov for future employee exits.

Council asked if HR will share information on trends they see on the exit interviews. Mrs. Valdez stated Council can ask for that data, but any trend involving Council or money would be shared with Council automatically.

Council asked what questions will be asked on the exit interview. Mrs. Valdez stated some of the questions involve asking if employees are leaving for other employment or other common reasons, but the questions are not free-form and the employee selects from a list of categories of reasons. HR will check with the vendor to see if they can get a copy of the interview to Council.

Council expressed concern that the exit interview will not go in depth for reasons why people are leaving City employment and lack of a free-form component in the interview. Mrs. Valdez stated the categories offer common reasons why people leave employment and would allow HR to start measuring trends and create statistics.

Council asked if the exit interview will have a comment box for employees to explain further why they are leaving. Mrs. Valdez stated the interview will not have a comment section, but a place to put their contact information if they want HR to give them a follow-up call. HR can check with the software vendor if a comment box can be added to the interview.

Council asked if an employee left their contact information on the interview form how fast would HR reach out to them. Mrs. Valdez stated they would send out the exit interview to the employee before they left City employment and attempt to contact them before payroll finalizes in closing out the employee.

Council asked why the interview is conducted through the HR software instead of a different program like Google Forms. Mrs. Valdez stated this software houses all of aspects of HR and can generate statistics, trends, and reports from the interviews.

Council asked if HR is currently doing exit interviews. Mrs. Valdez stated they do, but the interviews mostly go over retirement or benefits owed to the employee leaving. Currently, the interviews do not have a way to show trends as to why people are leaving.

Mayor Lawson asked what percent of employees complete the employee interview currently. Mrs. Valdez stated she didn't know off the top of her head.

Council asked how long until HR can share the finalized exit interview with them. Mrs. Valdez stated HR should have it ready in 2 months at the latest.

**Motion:**   I move to accept the report on the Human Resources Department's plan for employee exit interviews.
**Moved by:** Council Member Anderson

**Seconded By:** Council Member Abbott
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

9.15. **Consideration, discussion, and possible action regarding a request for an independent investigation into survey results, leadership, employee relations, and any other items relating to the City Manager. (For Possible Action)**

An agenda item from Council Member VanderWell and presented by Human Resources Director Jill Valdez requesting Council action regarding a request for an independent investigation into survey results, leadership, employee relations, and any other items relating to the City Manager. City Council Member VanderWell asked for an agenda item to be heard June 12, 2023, to discuss an independent investigation into survey results, leadership, employee relations, and other items relating to the City Manager. Human Resources (HR) seeks City Council direction regarding the request. Specifically, City Council should determine whether to conduct an investigation and, if so, provide a defined scope of work for an independent investigator.

Council asked what the procedure is for the initiating the investigation and does this item initiate the investigation. Mrs. Valdez stated this item is for Council to decide whether to initiate an investigation. Typically, investigations of this nature are complaint-driven.

Council asked if employees came forward during the investigation, would they remain anonymous and be free of retribution. Mrs. Valdez stated they try to remain confidential in investigations whether it's with HR or an outside investigator. However, if someone were to make allegations which would lead to disciplinary action, the person making the allegations could be exposed during the discovery process. City Attorney Duncan added complete anonymity cannot be guaranteed if the investigation led to litigation as well.

Council asked how HR would normally handle allegations against the City Manager. Mrs. Valdez stated it is best practice for HR to work with the Mayor to hire an investigator for allegations or complaints against the City Manager. Allegations or complaints for other City staff would normally be investigated by HR. City Attorney Duncan added outside investigator would handle policy violations as well.

City Attorney Duncan asked how an investigation is usually initiated. Mrs. Valdez stated investigations are typically started by a complaint. In this case Council wants to initiate an investigation without a complaint therefore specific criteria and parameters of the investigation are needed.

Council asked if HR has used an outside investigator before. Mrs. Valdez stated they have used them before, but usually for policy violations within a department or as needed.

Council asked if employees are aware they can go to HR with specific complaints about the City Manager and how long would it take HR to initiate an investigation after a complaint is made. Mrs. Valdez stated once they receive a complaint, they work with the Mayor on hiring an outside investigator. They try to get the employee talking with the investigator within days or weeks of the complaint.

Council asked if an employee came to the HR Director with a complaint against the City Manager, what reassurance is there that the issue will be addressed and is that complaint documented with HR. Mrs. Valdez stated there has to be a level of trust that HR will initiate the investigation process. If someone had a complaint that was not addressed by HR, they could speak with the Mayor about it.

Council expressed concern after reading the employee surveys, that some employees don't trust HR to take action after a complaint is made, or they are not being heard.

Council asked if it would be possible for them to individually meet with the outside investigator during the investigation process. Mrs. Valdez stated it would be possible if a Council Member knew someone who wanted to come forward to be part of the investigation, but it would ultimately depend on the scope of the investigation.

Council recessed at 4:59 p.m. and resumed at 5:10 p.m.

Council asked what the cost would be for an investigation. Mrs. Valdez stated she wouldn't know how much it would cost off the top of her head. However, any investigation cost would be brought before Council.

Mayor, Council, City Attorney Duncan, and Mrs. Valdez debated whether it would be possible to have employees go to an outside investigator directly without going to HR. It was decided that HR should still be involved in the process.

**Motion:**      I move to direct the hiring of a third-party investigator to work with Human Resources  to initiate a complaint-driven investigation into the City Manager and the performance of his duties under his contract as it relates to toxic leadership, negative employee survey results, employee morale, gender bias, or whether the City Manager is exercising the care, skill, and diligence of a reasonably prudent executive.
**Moved by:** Council Member Abbott
**Seconded By:** Council Member VanderWell
**Yes:** Council Members Abbott, Anderson, Bybee, Dahir, VanderWell
**No:**
**Abstain:**
**Vote:**  Motion passed unanimously 5-0.

**9.16.** **First Reading of Bill No. 2811 to rezone a 4.18-acre site located at 2770 Spanish Springs Road (APN 516-281-03) and 1470 Disc Drive (APN 514-081-01), Sparks, NV from PF (public facilities) and A5 (agricultural) to C2 (general commercial). (For Possible Action)**

A first reading of Bill No. 2811 by City Clerk Lisa Hunderman to rezone a 4.18-acre site located at 2770 Spanish Springs Road (APN 516-281-03) and 1470 Disc Drive (APN 514-081-01), Sparks, NV from PF (public facilities) and A5 (agricultural) to C2 (general commercial). This agenda item requests City Council approval to rezone a site located at 2770 Spanish Springs Road and 1470 Disc Drive. The site is made up of two parcels that are both being requested to be rezoned; one (APN 516-281-03) from A5 to C2 and the other (APN 514-081-01) from PF to C2. This item is being processed concurrently with a request for a conditional use permit to establish a mini warehouse facility.

**10.** **Public Hearing and Action Items Unrelated to Planning and Zoning**

**10.1.** **Public hearing on the intent of the City of Sparks, Nevada, to issue general obligation (limited tax) fire station bonds (additionally secured by pledged revenues), in the aggregate principal amount not to exceed $15,000,000, for the purpose of acquiring, improving and equipping fire protection projects as defined in NRS 268.688 and/or building projects as defined in NRS 268.676, including, but not limited to, fire protection and fire-fighting facilities. (For Possible Action)**

An agenda item from Chief Financial Officer Jeff Cronk presenting a public hearing on the intent of the City of Sparks, Nevada, to issue general obligation (limited tax) fire station bonds (additionally secured by pledged revenues), in the aggregate principal amount not to exceed $15,000,000, for the purpose of acquiring, improving and equipping fire protection projects as defined in NRS 268.688 and/or building projects as defined in NRS 268.676, including, but not limited to, fire protection and fire-fighting facilities. The City is seeking public input and no action is required for this item.

Public hearing was opened at 5:22 p.m. There was no public comment.

**11.** **Planning and Zoning Public Hearings and Action Items**

None.

**12.** **Comments**

**12.1.** **Comments from the Public**

**Public Comment. NRS 241.020(3)(d)(3) provides that the City Council must allow multiple periods devoted to public comments by the general public. No matters raised during public comment may be the subject of deliberation or action. Written comments from the public prior to the agenda and supporting materials for the meeting follow.**

Resident Bill Wagner provided public comment about the budget and item 9.15.

**12.2.   Announcements from the Mayor, City Council and City Manager**

Council announced Mayor Geno Martini's celebration of life on June 24th at 11:00 a.m. at The Rock Church.

Mayor Lawson spoke about the free fishing day at the Sparks Marina over the weekend.

**13.   Adjournment**

The meeting was adjourned at 5:25 p.m.

_____
Ed Lawson, Mayor

ATTEST:

_____
Lisa Hunderman, City Clerk

>>>NJ



043



Monday, June 12, 2023

 Copyright © 2015-2026 Hyland Software, Inc.