**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NEIL C. KRUTZ, | Case No. 3:25-CV-00159-MMD-CLB |
| Plaintiff, | **ORDER DENYING JOINT AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| CITY OF SPARKS, *et al.*, | [ECF No. 61] |
| Defendants. | |

Before the Court is the parties' joint amended Discovery Plan and Scheduling Order. (ECF No. 61.) On August 4, 2025, the Court granted Defendants' motion to stay discovery based on Defendants' then-pending motion to dismiss, (ECF No. 5). (ECF No. 42.) On January 22, 2026, the Court entered an order on Defendants' motion to dismiss Plaintiff's complaint. (ECF No. 49.) On February 11, 2026, Defendants filed a notice of appeal of that order to the Ninth Circuit. (ECF No. 52.) Plaintiff also filed a first amended complaint ("FAC"), (ECF No. 50), and Defendants filed a motion to dismiss the FAC, (ECF No. 56).

Considering Defendants' appeal of the Court's order and the now pending motion to dismiss the FAC, the stay of discovery will remain in place until the case is remanded from the Ninth Circuit <u>and</u> the motion to dismiss the FAC is resolved. In the event resolution of the appeal and motion to dismiss the FAC do not result in dismissal, the parties shall submit an amended joint proposed discovery plan within 14 days of resolution of the appeal and motion to dismiss the FAC, (ECF No. 56).

Consequently, **IT IS THEREFORE ORDERED** that the amended stipulated Discovery Plan and Scheduling Order, (ECF No. 61), is **DENIED**.

**DATED**: April 6, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**